

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-22-00625-CV

**IN RE** Jessica **THIER-ARNAIZ**

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: October 12, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On September 23, 2022, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CI-22890, styled *In the Matter of the Marriage of Nicholas Arnaiz and Jessica Thier-Arnaiz*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Cynthia Marie Chapa presiding.